No. 12–7217.  IN RE BOURGEOIS.  Petition for writ of habeas corpus denied.

No. 12–7315.  IN RE ARMANT.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed.  See this Court's Rule 39.8.

No. 11–10831.  IN RE PARKER.  Petition for writ of prohibition denied.

No. 11–10990.  CURRY *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–11079.  LINEAR *v.* VICKERSON ET AL.  Ct. App. Mich.  Certiorari denied.

No. 12–173.  DJADJOU *v.* HOLDER, ATTORNEY GENERAL.  C. A. 4th Cir.  Certiorari denied.

No. 12–182.  MONTGOMERY ET AL. *v.* KAPPOS, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR, PATENT AND TRADEMARK OFFICE.  C. A. Fed. Cir.  Certiorari denied.

No. 12–227.  BAUER *v.* MERCHANT.  C. A. 4th Cir.  Certiorari denied.

No. 12–284.  RAEDLE *v.* CREDIT AGRICOLE INDOSUEZ ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 12–422.  JIHUI ZHANG *v.* FEDERATION OF STATE MEDICAL BOARDS ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 12–427.  CRYSTAL DUNES OWNERS' ASSN., INC., ET AL. *v.* CITY OF DESTIN, FLORIDA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 12–433.  TOFFOLONI, AS ADMINISTRATOR AND PERSONAL REPRESENTATIVE OF THE ESTATE OF BENOIT *v.* LFP PUBLISHING GROUP, LLC, DBA HUSTLER MAGAZINE.  C. A. 11th Cir.  Certiorari denied.

No. 12–448.  COULTER *v.* DOERR.  C. A. 3d Cir.  Certiorari denied.